DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JORGE E. RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0018

————————————————

April 24, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Jorge E. Rivera, pro se.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.